IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>v.<br><br>ATLANTA NETWORK TECHNOLOGIES, INC. D/B/A ANTONLINE, ET AL. | NO. 6:10-CV-00644-LED |

**ORDER**

CAME BEFORE THE COURT the Unopposed Motion (the "Motion") of Plaintiff AdjustaCam LLC to dismiss the claims and counterclaims involving Sakar, Inc., which Sakar International, Inc. has represented is a non-existent entity.

The Unopposed Motion is GRANTED. It is ORDERED that the claims and counterclaims between Plaintiff and Sakar, Inc. are dismissed without prejudice.

**So ORDERED and SIGNED this 25th day of February, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**