IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. 6:10cv644 LED |
| | § | |
| ATLANTA TECHNOLOGIES ANTONLINE, et al., | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Adjustacam LLC filed suit against nineteen (19) Defendants in this case on December 2, 2010 (Doc. No. 1). Since that time, all Defendants have been dismissed: Atlanta Network Technologies, Inc. d/b/a Antonline (Doc. No. 110); Chang - Sheng, Inc. d/b/a Directron.com, Inc. d/b/a Directron.com (Doc. No. 94); CompSource, Inc. (TBD); Compuplus, Inc. d/b/a Comp-U-Plus (Doc. No. 33); Computer Nerds International, Inc. d/b/a TheNerds.net (TBD); Creative Technology Ltd. (Doc. No. 66); ECost.com, Inc. d/b/a ECost.com (Doc. No. 74); Guillemot Corporation, S.A., Guillemot, Inc. (Doc. No. 110); KYE Systems America Corp., KYE Systems Corp., Kye International Corp. (Doc. No. 43); OfficeNation, Inc. d/b/a Office Nation, Inc. d/b/a OfficeNation d/b/a PCNation (TBD); Promotion and Display Technology Ltd. d/b/a PDT (TBD); Provantage Corp. (Doc. No. 32); SOLID YEAR CO., LTD. (Doc. No. 101); Sakar, Inc. (Doc. No. 111); Signal Micro Systems, Inc. d/b/a Techonweb (Doc. No. 95); Trust International B.V. (Doc. No. 50).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 28th day of February, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**